**In the Interest of: R.K., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**WD 78234**

Missouri Court of Appeals,
Western District.

Order filed: November 3, 2015

Craig A. Johnston, Columbia, for Appellant.

Summer A. Duke, Topeka, KS, for Respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge.

### ORDER

PER CURIAM:

R.K. appeals the judgment of the juvenile court finding that he committed the delinquent act of child molestation in the first degree in violation of section 566.067, RSMo Cum. Supp. 2006. He contends that juvenile court erred in finding sufficient evidence to establish beyond a reasonable doubt that he committed the alleged act for the purpose of arousing or gratifying his sexual desire. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).